# United States Navy–Marine Corps Court of Criminal Appeals

———————————————

**UNITED STATES**
*Appellee*

v.

**Ryan A. SOMERSHOE**
**Lance Corporal (E-3), U.S. Marine Corps**
*Appellant*

———————————————

**No. 201800290**

———————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary.

*Decided:* 7 February 2019

———————————————

*Military Judge:*
Lieutenant Colonel Mark D. Sameit, USMC.

*Approved Sentence:* Confinement for 20 years and a dishonorable discharge. Sentence adjudged 13 June 2018 by a general court-martial convened at Camp Pendleton, California, consisting of a military judge sitting alone.

*For Appellant:*
Captain Scott F. Hallauer, JAGC, USN.

*For Appellee:*
Brian K. Keller, Esq.

———————————————

**This opinion does not serve as binding precedent under NMCCA Rule of Appellate Procedure 30.2(a).**

———————————————

Before HUTCHISON, TANG, and LAWRENCE
*Appellate Military Judges.*

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the approved findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred. Articles 59(a) and 66(c), UCMJ, 10 U.S.C. §§ 859(a), 866(c).

The findings and sentence as approved by the convening authority are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court